# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TRINITY CHRISTINA WALLMAN,<br>Appellant,<br>vs.<br>DWIGHT NEVEN, WARDEN,<br>Respondent. | No. 83391 |

FILED

SEP 0 9 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a "motion to reconsider previous attorney to surrender full case file." Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from this order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Cristina D. Silva, District Judge
     Trinity Christina Wallman
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-26150